# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED JUL 22 2019**

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _KMT_ DEPUTY

LEE A. LOGGINS,

Plaintiff,

-vs-

JOE McCLENDON
JUDGE McELEE

_____,

Defendants

Case number __CIV-19-666-PRW__

**CIVIL RIGHTS COMPLAINT**
Pursuant to 42 U.S.C. § 1983

## A. PARTIES

1. LEE ANTHONY LOGGINS #160582 is a citizen of U.S/A who presently resides at M.A.C.C. MSU 2 P.O. Box 220 STRINGTOWN, OKLA 74569
*(mailing address or place of confinement)*

2. Defendant JOE McCLENDON is a Citizen of U.S.A. and is employed as ATTORNEY STATE OF OKLAHOMA. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  Yes ✓  No ☐
If your answer is "Yes," briefly explain: OKLA. ATTORNEY

3. Defendant JUDGE McELEE is a Citizen of U.S.A. and is employed as JUDGE IN OKLAHOMA COUNTY. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  Yes ✓  No ☐
If your answer is "Yes," briefly explain: AT TIME OF COMPLAINT WAS JUDGE IN OKLAHOMA COUNTY COURTS

4. Defendant _____ is a Citizen of _____ and is employed as _____. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  Yes ☐  No ☐
If your answer is "Yes," briefly explain: _____

1

5. Are there additional defendants? Yes ☐ No ☑
*If your answer is "Yes," you may attach <u>one</u> additional page (8 ½" x 11") to provide the above information for additional defendants.*

**B.   JURISDICTION**

1. Jurisdiction is asserted pursuant to: (Check one)

   ☑ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (applies when defendants allegedly acted under color of state law) *Bivens v. Six Unknown Names Agents of Fed. Bureau of Narcotics,* 403 U.S. 388 (1971) and

   ☐ 28 U.S.C. § 1331 (applies when defendants allegedly acted under color of federal law)

2. ☐ If you are asserting jurisdiction under different or additional statutes, list the statutes: _____

**C.   NATURE OF CASE**

Briefly state the background of your case: MY ATTORNEY JOI McCLENDON WAS PAID 7500 FOR MY CASES AND 300 ON MY NEW CASE LEAVING 1300 SHE ON APRIL 28 FILED MOTION TO REMOVE HERSELF FROM MY CASES NEVER CONTACTING ME ON MAY 4 2019 AT 9:00 AM SHE APPEARED IN FRONT OF JUDGE McELEE AND WAS ALLOWED TO GET OFF CASES AT 10:30 MY SET COURT TIME APPEARANCE JUDGE McELEE REMANDED ME INTO CUSTODY FOR NOT HAVING A ATTORNEY THERE ACTION COST ME LOSS OF FREEDOM, PROPERTY, VEHICLES AN 12700 PAID TO 100% BAIL BOND

**D.   CAUSE OF ACTION**

I allege that my following constitutional rights, privileges, or immunities have been violated, and the following facts form the basis for my allegations: *If*

2

*I AM NOT TRAINED IN LAW AN MENTALLY ILL*

necessary, you may attach up to two additional pages (8 ½" x 11") to explain an allegation or to list additional counts or supporting facts.

1a. **Count I:** RIGHT TO DUE PROCESS

1b. **Supporting Facts:** *(Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)*

McELEE COURT RECORDS APRIL 28, MAY 4

2a. **Count II:** CRUEL AN UNUSAL PUNISHMENT

2b. **Supporting Facts:** McELEE COURT RECORDS APRIL 28 MAY 4 OKLA. COUNTY JAIL MAY 2018 TO MARCH 2019 WHERE I REMAINED AN LOST EVERYTHING

3a. **Count III:** CIVIL RIGHTS VIOLATIONS UNAWARE OF RETALIATION FOR PAST LAWSUITE AGAINST D.C.P.D

3b. **Supporting Facts:** FEDERAL COURT RECORDS

3

_____
_____
_____
_____

E. **PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?   Yes ☐   No ☑

   If your answer is "Yes," describe each lawsuit. *If there is more than one lawsuit, describe each additional lawsuit using the same format on a blank sheet of paper labeled "E. PREVIOUSLAWSUITS AND ADMINISTRATIVE RELIEF."*

   a. Parties to previous lawsuit:
      Plaintiffs: _____
      Defendants: _____
      _____

   b. Name and location of court and docket number: _____
      _____

   c. Approximate date of filing lawsuit: _____

   d. Issues raised: _____
      _____
      _____
      _____
      _____

   e. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?): _____
      _____
      _____

   f. Approximate date of disposition: _____

4

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D? Yes ☒ No ☐ If your answer is "Yes," briefly describe how relief was sought and the result. If your answer is "No," briefly explain why administrative relief was not sought: ~~TRIED OKLA. BOARD of BAR ASSOCIATION~~ Jap

3. Have you exhausted available administrative remedies: Yes ☒ No ☐ If your answer is "Yes," briefly explain the steps taken and attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted: OKLAHOMA BAR ASSOCIATION

F. **PREVIOUSLY DISMISSED ACTIONS OR APPEALS**

1. If you are proceeding *in forma pauperis* under 28 U.S.C. § 1915, describe each civil action or appeal you have brought in a court of the United States while incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. *If there is more that one civil action or appeal, describe the additional civil actions or appeals using this same format on an 8 ½" x 11" paper labeled "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."*

   a. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

   b. Name and location of court and docket number: _____

    c.    Approximate date of filing lawsuit: _____

    d.    Issues raised: _____

_____

_____

_____

    e.    Approximate date of disposition: _____

    f.    Grounds for dismissal:   frivolous      malicious  or failure to state a claim upon which relief may be granted.

2.    Are you in imminent danger of serious physical injury?

Yes ☐    No ☒    If your answer is "Yes," describe the facts in detail without citing legal authority or argument: _____

_____

_____

_____

_____

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief: _FOR LOSS OF PROPERTY, BOND FEE, VEHICLES AN FREEDOM SEEKING PUNITIVE DAMAGES FROM BOTH DEFENDANTS_

_____    _[signed] Lee A. Lorino_

Original Signature of Attorney (if any)    Original Signature of Plaintiff

_____

Attorney's full address

_____

_____

Attorney's telephone number

6

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, he has read the above complaint, and the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at  M.A.C.C.  on the  10  day of  July , 2019.

_[signature]_
(Original Signature of Plaintiff)